UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JOSEPH SELLERS, | No. 12-cv-02050-JSS |
| Plaintiff, | |
| v. | **DEFENDANTS' APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| DEERE & COMPANY a/k/a JOHN DEERE COMPANY, CLYDE D'CRUZ, individual, | |
| Defendants. | |

## TABLE OF CONTENTS

**Pages**

Deposition Transcript of David Christy dated December 3, 2013 (excerpts)...................001-004

Deposition Transcript of Clyde D'Cruz dated September 17, 2013 (excerpts)...............005-035

Clyde D'Cruz Deposition Exhibit 87 **(FILED UNDER SEAL)** ........................036-042

Deposition Transcript of Jerry Ihm dated January 30, 2014 (excerpts)...........................043-046

Deposition Transcript of Daria Jerauld dated October 10, 2013 (excerpts) ....................047-067

Daria Jerauld Deposition Exhibit 9 **(FILED UNDER SEAL)** ...........................068-194

Daria Jerauld Deposition Exhibit 26....................................................................195-217

Daria Jerauld Deposition Exhibit 81................................................................218-230

Deposition Transcript of Keith dated September 30, 2013 (excerpts)...........................231-255

Deposition Transcript of Keith dated October 25, 2013 (excerpts)..................................256-263

Kevin Keith Deposition Exhibit 5.......................................................................264-273

Kevin Keith Deposition Exhibit 5d **(FILED UNDER SEAL)**...........................274-275

Kevin Keith Deposition Exhibit 15................................................................276-297

Kevin Keith Deposition Exhibit 38a..............................................................298-299

Kevin Keith Deposition Exhibit 38b **(FILED UNDER SEAL)**...................300-302

Kevin Keith Deposition Exhibit 43................................................................303-304

Kevin Keith Deposition Exhibit 90................................................................305-481

Deposition Transcript of Brian Matson dated August 13, 2013 (excerpts)....................482-489

Deposition Transcript of Jay Olson dated November 7, 2013 (excerpts)........................490-493

Deposition Transcript of Michael Sellers dated August 5, 2013 (excerpts)....................494-519

Deposition Transcript of Michael Sellers dated August 12, 2013 (excerpts)...................520-540

Michael Sellers Deposition Exhibit 1004 ......................................................541-542

Michael Sellers Deposition Exhibit 1009 ......................................................543-547

Michael Sellers Deposition Exhibit 1013 ......................................................548-549

Michael Sellers Deposition Exhibit 1015 ......................................................550-556

Deposition Transcript of Richard Sperling ....................................................557-571

Richard Sperling Deposition Exhibit 105 ......................................................572-595

Michael Sellers Answers to 1st Interrogatory Numbers 8 and 17 ...................596-600

Michael Sellers Answers to 2nd Interrogatory Numbers 22 and 23 ................601-605

Michael Sellers Response to 1st Request for Admissions ................................606-607

Defendants 1st Request for Admissions Exhibit A...........................................608

Defendants 1st Request for Admissions Exhibit C...........................................609

Defendants 1st Request for Admissions Exhibit E...........................................610

Michael Sellers Response to 2nd Request for Admissions.............................611-612

Defendants 2nd Request for Admissions Exhibit H .............................613-626

Michael Sellers Response to 3rd Request for Admissions ................................................. 627-628

    Defendants 3rd Request for Admissions Exhibit N ......................................................629

    Defendants 3rd Request for Admissions Exhibit O................................................ 630-631

    Defendants 3rd Request for Admissions Exhibit P.....................................................632

Michael Sellers Response to 4th Request for Admissions................................................ 633-634

Delyorce Rebouce Response to 3rd Request for Admissions............................................ 635-637

    Defendants 3rd Request for Admissions Exhibit X.....................................................638

Gayle Forster Response to 5th Request for Admissions.................................................... 639-641

    Defendants 5th Request for Admissions V .................................................................642

Documents production by Defendant Deere and Company

    JD-000546 **(FILED UNDER SEAL)** ............................................................................643

    JD-003762-003767 **(FILED UNDER SEAL)**.................................................... 644-649

    JD-015289-015297 **(FILED UNDER SEAL)**.................................................... 650-658

    JD-015384-015441 **(FILED UNDER SEAL)**.................................................... 659-716

    JD-015443-015445 **(FILED UNDER SEAL** .................................................... 717-719

    JD-015446-015452 **(FILED UNDER SEAL)**.................................................... 720-726

    JD-015458-015459 **(FILED UNDER SEAL)**.................................................... 727-728

    JD-015461 **(FILED UNDER SEAL)** ............................................................................729

    JD-015467 **(FILED UNDER SEAL)** ............................................................................730

    JD-015470 **(FILED UNDER SEAL)** ............................................................................731

    JD-015475-015476 **(FILED UNDER SEAL)**.................................................... 732-733

    JD-SEL000004–000005.................................................................................... 734-735

    JD-SEL000012....................................................................................................736

JD-SEL000014–000015 ........................................................................... 737-738

JD-SEL000018 ........................................................................... 739

JD-SEL000019 ........................................................................... 740

JD-SEL000059 ........................................................................... 741

JD-SEL000320 ........................................................................... 742

JD-SEL000322 ........................................................................... 743

JD-SEL000325 ........................................................................... 744

JD-SEL000348 ........................................................................... 745

JD-SEL000352 ........................................................................... 746

JD-SEL000385 ........................................................................... 747

JD-SEL000396 ........................................................................... 748

JD-SEL000397-000398 ........................................................................... 749-750

JD-SEL000407 ........................................................................... 751

JD-SEL000408 ........................................................................... 752

JD-SEL000545 ........................................................................... 753

JD-SEL000550 ........................................................................... 754

JD-SEL000553 ........................................................................... 755

JD-SEL000560-000561 ........................................................................... 756-757

JD-SEL000564 ........................................................................... 758

JD-SEL000565 ........................................................................... 759

JD-SEL000570 ........................................................................... 760

JD-SEL000648-000761 ........................................................................... 761-764

JD-SEL000934-000935 ........................................................................... 765-766

JD-SEL001356-001357 ....................................................................................... 767-768

Website of Deere corporate worldwide equipment divisions .......................................... 769-776

Michael Sellers Deposition Exhibit 1002 **(FILED UNDER SEAL)**.............................. 777-793

/s/ Frank Harty
/s/ Debra Hulett
/s/ Angel A. West
/s/ Frances M. Haas
/s/ Ryan W. Leemkuil
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: 515-283-3100
Facsimile: 515-283-3108
Email: fharty@nyemaster.com
Email: aaw@nyemaster.com
Email: dlhulett@nyemaster.com
Email: fmhaas@nyemaster.com
Email: rwleemkuil@nyemaster.com
ATTORNEYS FOR DEFENDANTS

## Certificate of service

I hereby certify that on February 3, 2014, I presented the foregoing document to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants:

Gregory T. Racette
HOPKINS & HUEBNER, P.C.
2700 Grand Avenue, Suite 111
Des Moines, Iowa 50312
Telephone: 515-244-0111
Facsimile: 515-697-4299
Email: gracette@hhlawpc.com
ATTORNEYS FOR PLAINTIFF

/s/Debra Hulett