| | |
|---|---|
| From: | Sellers Michael J |
| To: | D"Cruz J Clyde |
| Subject: | MJS Resp and Goals |
| Date: | Friday, December 13, 2002 9:46:26 AM |
| Attachments: | 2003 Proc Pro Resp and goals.doc |
| | 2002-2003 Developmental Plan.doc |

Let me know if you need anything else

# Primary Responsibilities – Supply Mgmt Process Pro

1. **Process Management (Drive productivity & performance improvements)**

    - Highlight process improvement opportunities & metrics which are needed
    - Lead Juran & Six Sigma process evaluations & recommendations
    - Develop new processes which are needed (bailment) and improve existing ones
    - Facilitate correction action on ISO audit issues.
    - Process management expert and change agent

2. **Support the development of annual goals, plans & metrics**

    - Develop and improve our annual (off-site) planning process (steps, break-outs, methods, etc..)
    - Facilitate discussions, goal definition & plan development
    - Highlight gaps and facilitate closure

3. **Facilitate our departmental planning and update meetings**

    - Facilitate monthly planning meetings (agenda, reports, goal assessment, discussion, assignments, minutes)
    - Active participant in discussions
    - Line up and support update mtgs and assemble the final presentation materials

4. **Project Leader (Quality or Process Improvement)**

    - Lead Supply Mgmt improvement projects annually for sub-teams
      (PDP, Tactical, Quality, CI, IM & S)

5. **Facilitate the development of Supply Mgmt employees & talent.**

    - Provide support in the development of a formal SM employee development process
    - Coaching/Mentoring ; Guide people through developmental and operational issues

Mike Sellers                         Confidential                                    
Case 6:12-cv-02050-JSS   Document 94-3   Filed 02/03/14   Page 2 of 13   JD-SEL000935
CONFIDENTIAL                                                                         APP766

| | |
|---|---|
| From: | Sellers Michael J |
| Sent: | Thursday, March 17, 2005 10:12 AM |
| To: | Groene Susan L |
| Subject: | Very Important - Need your help |

Importance: High

Hi Susan !

Blast from the past -- I'm the guy you that was working with you on your bailment audit here in Waterloo.

Say,...I need to ask you a couple of quick questions. Can you please give me a call at 319-415-6736. Thanks !!

Michael J Sellers CIRM, CFPIM, CPM
Supply Mgmt Process Pro
John Deere Waterloo Works

Phone: 319-292-8126
Fax:   319-292-8746
Email: SellersMichaelJ@johndeere.com

**To:** Munson Mitchell[MunsonMitchellB@JohnDeere.com]
**Cc:** Jerauld Daria A[JerauldDariaA@JohnDeere.com]
**From:** Sellers Michael J
**Sent:** Tue 1/4/2005 8:48:31 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** FW: Tooling messages

RE: NO SUPPLIER TOOLING CONTACT LOADED
RE: DELINQUENT TOOLING ACKNOWLEDGEMENTS
image001.gif

Mitch,

These messages are related to the implementation of our new tooling system. A number of changes are needed in buyer responsibilities, some supplier contacts need to be set up, some suppliers may need some basic training, and the buyers will need to help us chase down tooling acknowledgements which are outstanding.

You are picking up the tooling/bailment responsibilities in the middle of my conversion from a TSO application / manual tracking to the new web-based application. I will line up a meeting to discuss the outstanding issues, the monthly Financial Assist reporting which you will be picking up, and the tooling application proposal I mentioned to you earler today.

**Michael J Sellers CIRM, CFPIM, CPM**
**Supply Mgmt Process Pro**
**John Deere Waterloo Works**

Phone: 319-292-8126
Fax:    319-292-8746
Email: SellersMichaelJ@johndeere.com

>-----Original Message-----
>**From:** Pushpala Madhavi
>**Sent:** Tuesday, January 04, 2005 10:43 AM
>**To:** Munson Mitchell
>**Cc:** Sellers Michael J
>**Subject:** FW: Tooling messages
>
>
>Mitch,
>Few more questions from Waterloo buyers, please clarify the issue with the buyer.
>
>Thanks,
>Madhavi.

United States (Change) | Dealer Locator | My Account    Search 

PRODUCTS BY
INDUSTRY    NAME     PARTS | SERVICES & SUPPORT | BUYING & FINANCING | OUR COMPANY

Our Company
About Us
Worldwide Locations

**Worldwide Locations**

Home / Our Company / About Us / Worldwide Locations



Where do we work? Worldwide.

All business is local. To understand and respond to our many customers' needs and requirements worldwide, we must live where they live. Work where they work. That's why John Deere reaches out across the world with factories, offices and other facilities in more than 30 countries (world and U.S. location maps in pdf format). What does this mean for you? If you're a customer – the right products and services for the way you work with the land. If you're career-minded – here's global opportunity perhaps in your own backyard. And, if you're an investor – a solid investment prospect based on growing worldwide operations.

Headquarters | Equipment Divisions | Financial | Marketing Centers | Support Offices | Parts Distribution

Agriculture          Construction & Forestry     Turf
Power Systems        Water

## Agriculture

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
| --- | --- | --- | --- |
| Industrias John Deere Argentina S.A. | J. Orsetti 481<br>2152 Granadero Baigorria<br>Santa Fe<br>or<br>Casilla de Correo 80 2000<br>Rosario, Santa Fe | Argentina | |
| John Deere Limited Parts Distribution Center (Melbourne) | John Deere Court — Parkwest Estate<br>Derrimut, Victoria, 3030 | Australia | |
| Auteq Telematica S.A. | Rua Hungria 574 17 andar<br>01455 000 São Paulo | Brazil | |
| John Deere Brasil Ltda. - Unidade Catalão | Eixo 01,Qd 16, s/nº, DIMIC<br>75709-695 - Cx Postal: 051B<br>Catalão/GO, Brazil | Brazil | 55-64-3411-8000 |
| John Deere Brasil Ltda. - Unidade Horizontina | Av. Eng. Jorge A. D. Logemann,<br>600 - B. Industrial<br>98920-010 Horizontina/RS, Brazil | Brazil | 55-55-3537-5000 |
| John Deere Brasil Ltda. - Unidade Montenegro | Via Oeste, esquina Via II - Bom Jardim do Caí | Brazil | 55-51-3457-6600<br>55-51-3457-6609 |

APP769

Case 6:12-cv-02050-JSS   Document 84-8   Filed 02/03/14   Page 5 of 13

http://www.deere.com/wps/dcom/en_US/corporate/our_company/about_us/worldwide_loc...   1/31/2014

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| | 95780-000, Montenegro/RS, Brazil | | |
| John Deere (Harbin) Agricultural Machinery Co., Ltd. | Intersection of Nancheng 2nd Avenue and Nancheng 5th Avenue, Pingfang District Harbin, Heilongjiang, China 150066 | China | 86-0451-87106327 |
| John Deere (Jiamusi) Agricultural Machinery Co., Ltd. | No. 1 Lianmeng Road, Jiamusi, Heilongjiang, 154002 | China | |
| John Deere (Ningbo) Agricultural Machinery Co., Ltd. | No. 1792 Ci Hai Nan Road, Luo Tuo Street Zhenhai District, Ningbo, 315002 | China | |
| John Deere Tiantuo Company Ltd. | 278 Hong Qi Road Tianjin, 300190 | China | |
| John Deere (Tianjin) Company Limited | No. 89, 13th Avenue, TEDA, Tianjin, 300457 | China | |
| John Deere Usine d'Arc -les-Gray, France | B P 81, F-70103 Gray Cedex | France | |
| John Deere GmbH & Co. KG | John Deere Werk Bruchsal Industriestr. 27 76646 Bruchsal | Germany | |
| John Deere GmbH & Co. KG | John Deere Werk Mannheim John-Deere-Str. 90 68163 Mannheim | Germany | |
| Maschinenfabrik Kemper GmbH & Co.KG | Postfach 1352, D-48694 Stadtlohn | Germany | |
| John Deere GmbH & Co. KG | John Deere Werk Zweibrücken Postfach 1454/1455 66464 Zweibruecken | Germany | |
| John Deere Equipment Private Ltd. | Off Pune Nagar Road, Sanaswadi Dist. Pune - 412208 Maharashtra | India | |
| BHC | Kibbutz Beit Hashita 10801 (Park Zvaim) | Israel | |
| John Deere Cylinder Internal Platform | Blvd. Alpha #1355, Parque Industrial Santa Maria Ramos Arizpe, Coah. 25903 | Mexico | |
| Industrias John Deere S.A. de C.V. | Blvd. Diaz Ordaz #500 Garza Garcia, Nuevo Leon 66210 Mex and/or Apartado Postal 1153, Monterrey, N.L. 6400 | Mexico | |

**APP770**

Case 6:12-cv-02050-JSS   Document 84-8   Filed 02/03/14   Page 6 of 13

http://www.deere.com/wps/dcom/en_US/corporate/our_company/about_us/worldwide_loc...   1/31/2014

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| Industrias John Deere, S.A. de C.V. | Blvd. Jesus Valdez Sanchez # 470<br>Zona Centro, Saltillo, Coah.<br>C.P. 25000 | Mexico | |
| John Deere Ramos | Boulevard Santa Maria #1301<br>Ramos Arizpe, Coah.<br>C.P. 25903 | Mexico | |
| John Deere Fabriek Horst B.V. | Energiestraat 16<br>P. O. Box 6006<br>5961PT Horst | Netherlands | |
| John Deere Domodedovo | Domodedovo Branch of John Deere Rus, LLC<br>Building 2, Estate Sklady 104,<br>Belye Stolby Microdistrict<br>Domodedovo<br>142050 Moscow | Russia | |
| John Deere Orenburg | Donguzskaya, 64a<br>460027, Orenburg, Ul. | Russia | |
| John Deere Ibérica, S. | Carretera de Toledo, km 12, 200<br>E - 28905 (Getafe) Madrid | Spain | |
| The Vapormatic Company Ltd. | Kestrel Way<br>Sowton Ind. Estate<br>Exeter, EX2 7NB | United Kingdom | |
| NavCom Technology, Inc. | 20780 Madrona Avenue<br>Torrance, CA 90503 | U.S.A. | 1-310-381-2000 |
| John Deere Cylinder Internal Platform | 909 River Drive<br>Moline, IL 61265 | U.S.A. | |
| John Deere Harvester Works | 1100 - 13th Avenue<br>East Moline, IL 61244 | U.S.A. | |
| John Deere Seeding Group | 501 River Drive<br>Moline, IL 61265 | U.S.A. | |
| John Deere Des Moines Works | P. O. Box 1595<br>Des Moines, IA 50306-1595<br>(Highway 415 North) | U.S.A. | |
| John Deere Ottumwa Works | P. O. Box 617<br>Ottumwa, IA 52501-8002<br>(Vine & Madison) | U.S.A. | |
| John Deere Paton | 409 East Paton Street<br>Paton, IA 50217 | U.S.A. | |
| John Deere Intelligent Solutions Group - Urbandale | 4140 NW 114th Street<br>Urbandale, IA 50322 | U.S.A. | 1-515-253-6201 |
| John Deere Waterloo Works | 3500 E Donald Street<br>Waterloo, IA 50704 | U.S.A. | |

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| John Deere Waterloo Works - Drivetrain Operations | 400 Westfield Avenue Waterloo, IA 50701 | U.S.A. | |
| John Deere Waterloo Works - Foundry Operations | 2000 Westfield Avenue Waterloo, IA 50701 | U.S.A. | |
| John Deere Waterloo Works - Tractor, Cab, and Assy. Ops. | 3500 E Donald Street Waterloo, IA 50703 | U.S.A. | |
| John Deere Thibodaux | 244 Highway 3266 Thibodaux, LA 70301-1602 | U.S.A. | |
| John Deere Seeding Group | 1725 - 7th Street. SE Valley City, ND 58072 | U.S.A. | |

## Construction & Forestry

Back To Top

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| Waratah Forestry Equipment Pty. Ltd | 5 Collins Road Melton, Victoria | Australia | |
| John Deere Equipamentos do Brazil Ltda. | Alameda Caiapós, 298, 06460-110 Barueri/SP, Brazil | Brazil | 55-11-4196-3999 |
| Deere-Hitachi Specialty Products (DHSP) — Langley | 26901 56th Ave. Langley, British Columbia | Canada | |
| John Deere Reman — Edmonton | 1805-4th St. Nisku Industiral Park, Alberta T9E 7T9 | Canada | |
| Waratah Forestry Equipment Canada, Ltd. | 909 Laval Crescent Kamloops, BC V2C 5P5 | Canada | |
| Xuzhou Xuwa Excavator Machinery Co., Ltd. | Xuzhou Xuwa Excavator Development Zone Xuzhou, Jiangsu 221116 | China | |
| John Deere Forestry — Joensuu, Finland | P. O. Box 103 FIN-80101 Joensuu (Peltolankatu 25) | Finland | |
| Ashok Leyland John Deere Construction Equipment Pvt. Ltd. | No. 61, Chinna Obulapuram Gummidipoondi Taluk Thiruvallur - 606 202 Tamil Nadu | India | |
| Industrias John Deere S.A. de C.V. | Boulevard Diaz Ordaz No. 500 Garza Garcia, Nuevo Leon 66210 | Mexico | |
| Waratah NZ Ltd. | 260 Main Rd State Highway 1 Tokoroa Waikato 2392 | New Zealand | |

**APP772**

Case 6:12-cv-02050-JSS   Document 84-8   Filed 02/03/14   Page 8 of 13

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| John Deere Domodedovo | Domodedovo Branch of John Deere Rus, LLC Building 2, Estate Sklady 104, Belye Stolby Microdistrict Domodedovo 142050 Moscow | Russia | |
| ZAO John Deere Forestry | Ulitsa Vozrozhdeniya 20a, "litera A" 198188, Saint Petersburg | Russia | |
| Bell Equipment Limited | P. O. Box 198 Empangeni 3880 | South Africa | |
| Waratah Forestry Attachment, LLC. | 60 Eastbrook Bend Suite A Peachtree City, GA 30269 | U.S.A. | |
| John Deere Construction & Forestry Company | P.O. Box 8806 1515 5th Avenue Moline, IL 61265 | U.S.A. | |
| John Deere Davenport Works | P. O. Box 4198 Hwy. 61 & Mt. Joy Rd. Davenport, IA 52807-4198 | U.S.A. | |
| John Deere Training Center - Davenport | 8000 Jersey Ridge Road Davenport, IA 52807 | U.S.A. | |
| John Deere Dubuque Works | 18600 S. John Deere Rd. Dubuque, IA 52001 | U.S.A. | |
| John Deere Reman — Springfield | 4500 Mustard Way Springfield, MO 65803-7135 | U.S.A. | |
| Deere-Hitachi Construction Machinery Corp. | 1000 Deere-Hitachi Road Kernersville, NC 27285-1187 | U.S.A. | |
| Waratah Forestry Attachment, LLC | 2401 Talley Way Kelso, WA 98626 | U.S.A. | |

**Turf**                                                                                              Back To Top

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| SABO - Maschinenfabrik GmbH | A John Deere Company Auf dem Hoechsten 22 D-51645 Gummersbach | Germany | |
| John Deere Landscapes | 5610 McGinnis Ferry Road Alpharetta, GA 30005 | U.S.A. | |
| John Deere Commercial Products | 700 Horizon South Parkway Grovetown, GA 30813-9388 | U.S.A. | |
| John Deere Turf Care | 6501 Highway 55 East Fuquay-Varina, NC 27526 | U.S.A. | |
| John Deere Training Center - Morrisville | 225 International Drive Morrisville, NC 27560 | U.S.A. | |

APP773

Case 6:12-cv-02050-JSS   Document 84-8   Filed 02/03/14   Page 9 of 13
http://www.deere.com/wps/dcom/en_US/corporate/our_company/about_us/worldwide_loc...   1/31/2014

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| Transaxle Manufacturing of America Corporation | 240 Waterford Drive<br>Rock Hill, SC 29730<br>or<br>P.O. Box 10908<br>Rock Hill, SC 29730 | U.S.A. | |
| John Deere Power Products | 1630 Hal Henard Road<br>Greeneville, TN 37743-9405 | U.S.A. | |
| John Deere Horicon Works | 300 N. Vine<br>Horicon, WI 53032 | U.S.A. | |

## Power Systems

Back To Top

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| Industrias John Deere Argentina S.A. | J. Oresetta 481<br>2152 Granadero Baigorria<br>Santa Fe<br>or<br>Casilla de Correo<br>80200 Rosario<br>Santa Fe | Argentina | 011-54-341-4101800<br>011-54-341-4101801 |
| John Deere Limited | 166-170 Magnesium Drive<br>Crestmead, Queensland 4132 | Australia | +61-7-38023222<br>+61-7-38036555 |
| John Deere Usine Saran | BP 11013<br>F-45401<br>Fleury-les-Aubrais-Cedex<br>or<br>La Foulonnerie<br>F-45401 Fleury-lex Aubrais (Orleans) | France | |
| John Deere Electronic Solutions | Sanghar Warehousing,<br>26/1 & 27, Nagar Road<br>Lonikand, Haveli,<br>Pune – 4112216<br>Maharashtra, India | India | |
| Motores John Deere S.A. de C.V. | Carretera a Mieleras KM 6.5<br>S/N<br>C.P. 27400<br>Torreon, Coahuila | Mexico | |
| John Deere Electronic Solutions | Boulevard Ferropuertos #305<br>Parque Industrial Ferropuertos<br>C.P. 27400<br>Torreon, Coahuila | Mexico | |
| John Deere Power Systems & John Deere Engine Works | 3801 West Ridgeway Avenue<br>Waterloo, IA 50704-5100 | U.S.A. | |
| John Deere Coffeyville Works Inc. | 2624 N. US Highway 169<br>PO Box 577<br>Coffeyville, KS 67337-0588 | U.S.A. | |

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| John Deere Electronic Solutions | 1750 NDSU Research Park Drive<br>Fargo, ND 58102 | U.S.A. | |

### Water

Back To Top

| FACILITY NAME | ADDRESS | COUNTRY | PHONE/FAX |
|---|---|---|---|
| John Deere Water - Argentina | Bolivar 1365 Norte<br>Parque Industrial Las Chimbas<br>San Juan, CP 5413 | Argentina | |
| John Deere Water - Australia (Brendale) | 13-15 Duntroon Street<br>Brendale, Queensland, 4500 | Australia | |
| John Deere Water - Brazil | Lineu Anterino Mariano St, Nr 255 38402-346<br>Uberlândia/MG, Brazil | Brazil | 55-34-3233-7216 |
| John Deere Water - Chile | Cerro Santa Lucia 9990<br>Mining<br>Quilicura, Santiago | Chile | |
| John Deere (Harbin) Agricultural Machinery Co., Ltd. | Intersection of Nancheng 2nd Avenue and Nancheng 5th Avenue<br>Pingfang District<br>Harbin, Heilongjiang, China 150066 | China | 86-0451-871063 |
| John Deere Water - France | Z.I. La Pointe<br>13 chemin de Novital<br>31150 Lespinasse (Toulouse) | France | |
| John Deere Water - India | Block 593/B, Village VADU, Taluka Padra, District Vadodara<br>Gujarat 391440 | India | |
| John Deere Water - Israel (Gvat) | Kibbutz, Gvat, MP ha'amakin 36579 | Israel | |
| John Deere Water - Israel (Migdal Haemek) | Ramat Gavriel<br>Migdal Haemek | Israel | |
| John Deere Water - Spain | c/D. parcela Pol. Ind. Manzanares<br>13200 Manzanares (Ciudad Real) | Spain | |
| John Deere Water – San Marcos | 674 Rancheros Drive<br>San Marcos, CA 92069-3007 | U.S.A. | |
| John Deere Water - San Diego | 7545 Carroll Road<br>San Diego, CA 92121 | U.S.A. | |
| John Deere Water - Valdosta | 1541 Me Thompson Dr.<br>Valdosta, GA 31601 | U.S.A. | |

Back To Top

APP775

Case 6:12-cv-02050-JSS   Document 84-8   Filed 02/03/14   Page 11 of 13

http://www.deere.com/wps/dcom/en_US/corporate/our_company/about_us/worldwide_loc...   1/31/2014

Site Map   Privacy and Data   Cookie Settings   Legal   Accessibility   Contact Us   
Copyright © 2014 Deere & Company. All Rights Reserved

# APP777-793

# FILED UNDER SEAL