UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL JOSEPH SELLERS,<br><br>    Plaintiff,<br><br>vs.<br><br>DEERE & COMPANY aka JOHN DEERE COMPANY,<br><br>CLYDE D'CRUZ, individual,<br><br>    Defendants. | Case No.: 6:12-cv-02050-EJM<br><br><br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE APPENDIX UNDER SEAL |

**COMES NOW** the Plaintiff, Michael Joseph Sellers, and pursuant to Local Rule 5.1(c) moves the Court to grant the Motion for leave to file the Appendix in support of the Resistance to Motion for Summary Judgment under seal. In support of this Motion, the Plaintiff states the following:

1. The Court has established a March 15, 2014, Resistance to Motion for Summary Judgment deadline.

2. The Plaintiff's Appendix contains the following documents which have been designated confidential pursuant to Federal Rule of Civil Procedure 5.2(d).

    a. Confidential employee evaluation records;

    b. Confidential financial information.

3. The rule provides that the Court may order that a filing be made under seal without redaction.

4. Because the Appendix contains such records, the Plaintiff moves the Court to allow it to file their Appendix under seal.

WHEREFORE, the Plaintiff, Michael Joseph Sellers respectfully requests the Court grant the Motion for Leave to File the Appendix under Seal.

> Respectfully submitted,
>
> HOPKINS & HUEBNER, P.C.
>
> By /s/ Gregory T. Racette
> Gregory T. Racette, AT0006447
> 2700 Grand Avenue, Suite 111
> Des Moines, IA 50312
> Telephone: 515-244-0111
> Facsimile: 515-697-4299
> gracette@hhlawpc.com
> ATTORNEYS FOR PLAINTIFF

Original electronically filed.

S:\GTR\11973-0001 Sellers\Pleadings\Motion for Leave to File Under Seal.docx4356